STEPHENS, BARONI, REILLY & LEWIS, LLP
ATTORNEYS AND COUNSELORS AT LAW
NORTHCOURT BUILDING
175 MAIN STREET, SUITE 800
WHITE PLAINS, NY 10601
(914) 761-0300
(914) 683-5185

FAX (914) 761-0995
www.sbrllaw.com

ROLAND A. BARONI, JR.  rbaroni@sbrllaw.com
STEPHEN R. LEWIS  slewis@sbrllaw.com

COUNSEL
GERALD D. REILLY  greilly@sbrllaw.com
JOSEPH P. ERIOLE

NORTHERN WESTCHESTER OFFICE
OLD POST ROAD PROFESSIONAL BUILDING
CROSS RIVER, NEW YORK 10518

SERVICE NOT ACCEPTED
BY FAX OR EMAIL

January 11, 2022

Via ECF
Hon. Judith C. McCarthy
United States Magistrate Judge
United States Courthouse
Southern District of New York
300 Quarropas Street, Third Floor
White Plains, New York 10601

**SO ORDERED:**
Application granted.

_Judith C. McCarthy_  1-11-22
JUDITH C. McCARTHY
United States Magistrate Judge

Re: *USA v. Julio Taveras Abreu*
21-mj-11434

Dear Judge McCarthy:

On December 7, 2021 Mr. Julio Abreu appeared before you and I was assigned to represent him on the pending charge of conspiracy to distribute narcotics pursuant to 18 U.S.C. 846(B)(1)(a). You granted my application for his pretrial release, and he is currently under strict pretrial supervision with home detention monitoring. During our last court appearance, I brought to your attention that there is currently a Pennsylvania criminal case against Mr. Abreu where he asserts he is not the person who was responsible for using a credit card and charging a weekend vacation in the Poconos. As the enclosed correspondence reflects, he has been Ordered to appear in the county courthouse of Monroe County, Stroudsburg, PA on January 19, 2022 at 1:30 p.m. for a case conference and then again on January 28, 2022 if the case is not resolved. Mr. Abreu has proof that he was not in the country at the time the credit card was being used in Pennsylvania.

I am writing to you to request that you authorize that he may travel outside of the Southern District of New York to his Pennsylvania court appearance and conference with his assigned attorney on January 19, 2022 returning the same day. I have spoken to pretrial services, and they have no objection to this request. I ask that this application be approved.

Very truly yours,

Stephen R. Lewis

SRL:dc
cc: AUSA Kevin Sullivan (via ECF)

# MONROE COUNTY PUBLIC DEFENDER
## 701 MAIN STREET, SUITE 301
## STROUDSBURG, PENNSYLVANIA 18360

Telephone (570) 517-3042    Fax (570) 517-3871    Office Hours 8:30 a.m. – 4:30 p.m.

**ATTORNEYS**
JAMES P. GREGOR, CHIEF
JASON A. LABAR, DEPUTY CHIEF
CHANDRA VITELLI BLEICE
FREDERICK M. CUTAIO
DAVID W. SKUTNIK

NOELLE WILKINSON
JAMES FULLER
ERIC CLOSS
THOMAS GEROLIMATOS

**INVESTIGATOR**
JOHN KOWALESKI

**PARALEGAL**
LAUREN C. DONALDS

December 8, 2021

Julio Taveras-Abreu
███████████████

Re:    839-2021

Dear Sir or Madame:

Attached please find a Court Order entered in your ongoing Criminal case. It is a copy for your records.

You are required to be present on the date scheduled. If you are not, it could result in the issuance of a bench warrant and your subsequent incarceration.

If you have any questions, please call your attorney at the above listed number.

CVB/mc

Case 7:21-mj-11434-UA  Document 24  Filed 01/12/22  Page 2 of 3

Commonwealth of Pennsylvania
v.
Julio Alberto Taveras Abreu

Monroe County Clerk of Courts Filed 11/18/2021 10:52 AM

IN THE COURT OF COMMON PLEAS OF MONROE COUNTY, PENNSYLVANIA

CRIMINAL DIVISION

DOCKET NO: CP-45-CR-0000839-2021

### ORDER

AND NOW, this 17th day of November, 2021, it is ORDERED as follows:

1. This matter is CONTINUED to the February 2022 Trial Term.

2. All counsel and the Defendant are DIRECTED to appear for a Pretrial Conference/Dispositional Hearing on January 19, 2022, at 1:30 p.m., in Courtroom No. 1, Monroe County Courthouse, Stroudsburg, Pennsylvania.

3. If the case is not adjudicated, all counsel and the defendant are DIRECTED to appear for the Final Call of the List on January 28, 2022, at 8:30 a.m., in Courtroom No. 1, and are DIRECTED to appear for Jury Selection commencing on February 1, 2022 at 8:30 a.m., in Courtroom No. 1.

4. Counsel are ATTACHED for the term and are not released until this matter has been brought to conclusion.

5. Defendant and counsel of record are advised that all persons entering the Courthouse must comply with ALL safety requirements of Administrative Order 97 AD 2020 and the Court's Transition Protocol. Among other things, any person entering any Court Facility regardless of vaccination status, shall wear a facial covering which covers the nose and mouth while in all public spaces including, but not limited to, corridors, restrooms, courtrooms, hearing rooms, deliberation rooms and all Court offices. All persons in all Court Facilities shall maintain physical distancing of a minimum of 6 feet of separation, unless otherwise directed by the Court.

6. **No other person** may accompany Defendant into the Courthouse.

7. For purposes of Rule 600, the delay resulting from the continuance shall run against the Defendant. Administrative Order 97 AD 2020 and the Court's Transition Protocol may be found on the Court's website at www.monroepacourts.us <http://www.monroepacourts.us>.

CC: District Attorney; Public Defender; Probation; Court Administration

BY THE COURT:

Judge Jonathan Mark