# COHEN, FRANKEL & RUGGIERO, LLP
### ATTORNEYS AT LAW
20 VESEY STREET, SUITE 1200
NEW YORK, NEW YORK 10007
(212) 732-0002 • FAX (212) 293-7224

MARK I. COHEN
PETER M. FRANKEL
LOUIS J. RUGGIERO
MINA KENNEDY
GILLIAN M. FEEHAN*

*ADMITTED IN NJ AND PENDING ADMISSION IN NY

35-07 90TH STREET
JACKSON HEIGHTS, NEW YORK 11372
(718) 898-4900 • FAX (718) 898-0093
PLEASE DO NOT REPLY TO THIS OFFICE

April 1, 2022

**VIA ECF**

The Honorable Judith C. McCarthy
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

**SO ORDERED:**
Application granted.

_____  4-1-22
JUDITH C. McCARTHY
United States Magistrate Judge

Re:  *United States v. Julio Alberto Taveras Abreu*
       21 Mag. 11434

Dear Judge McCarthy:

    Please recall that Peter Frankel, Esq., and I represent Mr. Julio Alberto Taveras Abreu in the above-referenced matter. I write to respectfully request that Your Honor modify Mr. Taveras Abreu's bail conditions to permit him to obtain employment as an On-Call Cleaner with New York City School Support Services. I have consulted with A.U.S.A. Kevin Sullivan and U.S.P.T.S.O. Laura Gialanella, both of whom have no objection to this request.

    Currently, Mr. Taveras Abreu is at liberty on a personal recognizance bond set before Your Honor on December 2, 2021. The terms of the bond are as follows: $100,000 personal recognizance bond; travel restricted to the Southern and Eastern Districts of New York and, upon application to the Court, to Pennsylvania for court appearances; the surrender of all travel documents to Pretrial Services and no new applications; supervision as directed by Pretrial Services; and GPS monitoring and home detention. On March 4, 2022, Magistrate Judge Paul E. Davidson modified Mr. Taveras Abreu's bail conditions to permit him to attend religious services at Iglesia Casa de Jehova in White Plains, New York, and to permit him to travel to our Manhattan office when necessary without needing to obtain pre-approval from Pretrial Services.

    If granted the requested modification, Mr. Taveras Abreu would be able to accept temporary positions as an On-Call Cleaner at a New York City Public School in one of the five boroughs. Mr. Taveras Abreu will notify Pretrial Services in advance of the location and hours of each temporary job he accepts and seek their approval for such. Thank you for your consideration of this request.

Respectfully submitted,

Mark I. Cohen

MIC/gmf

Cc:  A.U.S.A. Kevin Sullivan (via ECF)
     U.S.P.T.S.O. Laura Gialanella (via ECF)
     Mr. Julio Alberto Taveras Abreu (via email)